**Order entered August 4, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00600-CV

**BMW OF NORTH AMERICA, LLC, Appellant**

**V.**

**CANDACE GUNN, ADMINSTRATRIX OF THE ESTATE OF GARY DON GUNN, SR., Appellee**

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-16-03004-2**

## ORDER
Before Chief Justice Wright, Justice Francis, and Justice Stoddart

We **GRANT** appellant's petition for permission to appeal an interlocutory order. A notice of appeal is deemed to have been filed as of the date of this order, and the appeal will proceed in accordance with the rules governing accelerated appeals. *See* TEX. R. APP. P. 28.3(k).

The docketing statement reflects there is no reporter's record. We **ORDER** Dallas County Clerk John Warren to file the clerk's record no later than **August 14, 2017**. *See* TEX. R. APP. P. 35.1(b).

We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable Ingrid Warren, Presiding Judge of Probate Court No. 2, the Honorable John Peyton, sitting by assignment, Mr. Warren, and all counsel of record.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE